IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 24-cr-00113-NYW-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.     JON M. HALLFORD**,

        Defendant.

---

**NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING**

---

Jon M. Hallford, by and through undersigned counsel, notifies this court that a disposition has been reached in his case with the government. Mr. Hallford requests a change of plea hearing for the court to consider the proposed plea agreement. He further requests this court vacate the trial date set for October 15, 2024, and all related dates and deadlines.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ Laura H. Suelau
        LAURA H. SUELAU
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone: (303) 294-7002
        FAX: (303) 294-1192
        laura_suelau@fd.org
        Attorney for Defendant Jon Hallford

## CERTIFICATE OF SERVICE

 I hereby certify that on September 12, 2024, I filed the foregoing *Notice of Disposition and Motion Requesting Change of Plea Hearing* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

 Craig Fansler, Assistant United States Attorney
 Email: craig.fansler2@usdoj.gov

 Tim Neff, Assistant United States Attorney
 Email: Tim.Neff@usdoj.gov

 Robert C. Melihercik, Attorney for Carie Hallford
 Email: chaz@meliherciklaw.com

 I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

 Jon M. Hallford (via U.S. Mail)

        s/ Laura H. Suelau
        LAURA H. SUELAU
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone: (303) 294-7002
        FAX: (303) 294-1192
        laura_suelau@fd.org
        Attorney for Defendant Jon Hallford