**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 24-cr-00113-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JON M. HALLFORD,

    Defendant.

---

**GOVERNMENT'S MOTION TO DISMISS COUNTS AS TO
DEFENDANT JON HALLFORD**

---

    The Government respectfully moves this Court to enter an Order dismissing all counts of the Indictment as to Jon Hallford other than Count 11 (to which the Defendant has pled guilty) at the time of sentencing. The Government's request is made

//

//

//

//

1

pursuant to the terms of the parties' plea agreement.

Respectfully submitted this 24th day of February, 2025.

J. Bishop Grewell
Acting United States Attorney

By: *s/ Tim Neff*
Tim Neff
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: Tim.Neff@usdoj.gov
Attorney for the Government

By: *s/ Craig G. Fansler*
Craig G. Fansler
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: Craig.Fansler2@usdoj.gov
Attorney for the Government

**CERTIFICATE OF SERVICE**

I certify that on this 24th day of February, 2025, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISMISS COUNTS AS TO DEFENDANT JON HALLFORD** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

By: *s/Ilmira Allazova*
Legal Administrative Specialist
United States Attorney's Office