IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Criminal Action: 24-cr-00113-NYW-1 | Date: March 4, 2025 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |
| Probation Officer: Paige Meador | |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA, | Tim Neff |
| | Craig Fansler |
| Plaintiff, | |
| v. | |
| 1. JON M. HALLFORD, | Laura Suelau |
| Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**1:33 p.m.    Court in session.**

Appearances of counsel.  Defendant present in custody.

On February 24, 2025, the Court issued a Minute Order concluding that the Plea Agreement, which would bind the Court to the recommendation of the United States and Defendant, is not in the public interest [Doc. 79].

Court informs the Parties that it rejects the Plea Agreement under Rule 11(c)(1)(C).

Discussion regarding Defendant's Objection to Findings Concerning Plea Agreement [Doc. 83].

Court's advisements to Defendant.

Parties tender to the Court a Plea Agreement Supplement, which will be marked as Court Exhibit 3.

Court reads the Plea Agreement Supplement on the record.

Defendant states that he wishes to not withdraw his plea of guilty and proceed with the plea of guilty pursuant to the supplement.

Parties are prepared to move forward with the Sentencing Hearing currently set for March 20, 2025.

**ORDERED:** **Defendant's Oral Request to Submit His Sentencing Position on March 10, 2025 is GRANTED.**

**ORDERED:** **Defendant is remanded to the custody of the U.S. Marshal.**

**1:55 p.m.** **Court in recess.**

Hearing concluded.
Total time in court: 0:22