IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 24-cr-00113-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JON M. HALLFORD,

    Defendant.

## PLEA AGREEMENT SUPPLEMENT

After being informed on the record and in open court that the Court plans to reject provisions in the defendant's Plea Agreement of the type specified in Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, the parties agree that the following additional terms and provisions are part of the Plea Agreement [ECF #52] between the United States of America (the government) and the defendant, Jon Hallford:

(1)     The defendant and the government agree and understand that:

    a.     the Court is not bound to impose a sentence within the sentencing range recommended by the parties and as specified in the Plea Agreement, and

    b.     the defendant has no right to withdraw his plea if the Court imposes a sentence outside that range.

    *See* Fed. R. Crim. P. 11(c)(1)(B).

COURT EXHIBIT 3

(2)   The government and defendant further agree that defendant's appeal rights should include one additional criterion than the two already specified in the "Waiver of Appeal" section of the Plea Agreement. Specifically, the defendant does not waive the right to appeal any sentence that exceeds 15 years of imprisonment. If the Court imposes a sentence that exceeds 15 years imprisonment, the defendant may appeal only on the issue of the substantive reasonableness of his sentence.

Date: 3-4-25

_____
Jon M. Hallford
Defendant

Date: 3/4/25

_____
Laura Suelau
Attorney for Defendant

Date: 3/4/25

_____
Tim Neff
Assistant U.S. Attorney

Date: 3/4/25

_____
Craig Fansler
Assistant U.S. Attorney