IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 24-cr-00113-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     **JON M. HALLFORD**,

        Defendant.

---

## UNOPPOSED MOTION FOR LEAVE TO FILE SENTENCING-RELATED FILINGS

---

Jon M. Hallford, through his attorney, Laura H. Suelau, respectfully moves this Court for leave to file sentencing positions or other motions pertaining to sentencing at a time consistent with the new sentencing hearing date of June 27, 2025. The government, through Assistant United States Attorneys Tim Neff and Craig Fansler, do not oppose this request. In support of this Motion, Mr. Hallford states:

    1.    As outlined in this Court's Minute Order, Doc. 102, this Court *sua sponte* continued sentencing from March 20, 2025, to June 27, 2025. Doc. 93.

    2.    That Order was issued before the revised March 10, 2025, deadline for sentencing-related Motions.

    3.    Counsel erroneously assumed, but should have verified, the Court's Order also vacated the deadline for the parties' sentencing-related filings. Given this Court's Order, counsel understands that assumption was misplaced.

    4.    Now, consistent with this Court's Order, counsel moves for leave to file sentencing-related filings before the current June 27, 2025, sentencing date. Counsel respectfully requests to file

sentencing-related filings 21 days before the currently-scheduled sentencing hearing, or on another date deemed appropriate by this Court.[1]

5.  The filing of sentencing motions in advance of sentencing, but closer in time to that hearing, allows those filings to be responsive to any changes relevant to the 18 U.S.C. § 3553(a) factors that may occur between now and June 27, 2025.

6.  Counsel's effective preparation and filing of sentencing-related documents is essential to ensuring Mr. Hallford's Due Process rights at the critical sentencing stage of his case. *See Mempha v. Ray*, 389 U.S. 128 (1967) ("[our precedent] illustrates the critical nature of sentencing in a criminal case and might well be considered to support by itself a holding that the right to counsel applies at sentencing.").

7.  For the foregoing reasons, counsel respectfully seeks leave to file sentencing-related filings on or before June 6, 2025.

          Respectfully submitted,

          VIRGINIA L. GRADY
          Federal Public Defender


          s/ Laura H. Suelau
          LAURA H. SUELAU
          Assistant Federal Public Defender
          633 17th Street, Suite 1000
          Denver, CO  8020
          Telephone: (303) 294-7002
          FAX: (303) 294-1192
          laura_suelau@fd.org
          *Attorney for Defendant Jon Hallford*

---

[1] Twenty-one (21) days is consistent with this Court's original deadline for sentencing filings. Doc. 54.

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 13, 2025, I filed the foregoing ***Unopposed Motion for Leave to File Sentencing-Related Filings*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

       Craig Fansler, Assistant United States Attorney
       Email: craig.fansler2@usdoj.gov

       Tim Neff, Assistant United States Attorney
       Email: tim.neff@usdoj.gov

       Robert C. Melihercik
       Email: chaz@meliherciklaw.com
       Attorney for Carie Hallford

       I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

       Jon M. Hallford (via U.S. Mail)

       s/ Laura H. Suelau
       LAURA H. SUELAU
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone: (303) 294-7002
       FAX: (303) 294-1192
       laura_suelau@fd.org
       *Attorney for Defendant Jon Hallford*